UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ,<br><br>                Petitioner,<br><br>       v.<br><br>WILLIAM MUNIZ, Warden,<br><br>                Respondent. | Case No. CV 16-676-JLS (KK)<br><br>ORDER ACCEPTING FINDINGS & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, Report and Recommendation, and all records on file. The Court accepts the findings and recommendation of the United States Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: September 12, 2016

                                          HONORABLE JOSEPHINE L. STATON
                                          United States District Judge