JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ,<br><br>                    Petitioner,<br><br>         v.<br><br>WILLIAM MUNIZ, Warden,<br><br>                    Respondent. | Case No. CV 16-676-JLS (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 12, 2016

HONORABLE JOSEPHINE L. STATON
United States District Judge